| Filer's Name, Address, Phone, Fax, Email: |  |
|---|---|
| CHOI & ITO<br>Attorneys at Law<br><br>CHUCK C. CHOI; ALLISON A. ITO<br>700 Bishop Street, Suite 1107<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1877; Facsimile: (808) 566-6900<br>E-mail: cchoi@hibklaw.com; aito@hibklaw.com<br><br>Attorneys for ICTSI Oregon Inc. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br><br>H9073-1 (9/23) |

| Debtor: International Longshore And Warehouse Union | Case No.: **23-30662-HB**<br>(U.S. Bankr. Ct., N.D. Cal., San Francisco Div.) |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **11** |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]<br><br>Movant(s): ICTSI Oregon, Inc.<br><br>vs. Respondent(s):<br>ILWU Local 142 | Miscellaneous Proceeding No.: (if applicable)<br><br>**23-70001** |
| **NOTICE OF HEARING**<br>Hearing will be conducted both in the courtroom at 1132 Bishop Street, Honolulu, Hawaii, and remotely (audio only). Join the Meeting at Zoomgov.com or by phone at (833) 568-8864. Meeting ID: 161 789 3766, Passcode: 1132. | Hearing Date: **1/12/2024**<br>Time: **10:00 a.m.**<br><br>Objections Due: **Up to hearing** |
| Matter being heard: ICTSI Oregon, Inc.'s Motion To Compel ILWU Local 142's Compliance With Subpoenas ("Motion") | Related Dkt No.:<br>**1** |
| Moving Party: ICTSI Oregon Inc. ("Movant") | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [Briefly describe the relief sought, *including pertinent details*.]

By this Motion, the Movant seeks Court order compelling ILWU Local 142 to: (a) comply with the subpoena to produce documents (the "Document Subpoena") served pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure ("Federal Rules"); and (b) comply with the subpoena to designate one or more of its officers, directors, managing agents, or other representatives to appear and testify on its behalf at a deposition (the "Deposition Subpoena," and together with the Document Subpoena, the "Subpoenas") served pursuant to Federal Rules 30(b)(6) and 45.

Copies of the Motion are available at the Office of the Clerk of the Court or from the undersigned counsel.

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

> **Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* _____ .]:
>
> _____Up to hearing_____   How calculated: Dkt. # 5
> Date

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to:  CHOI & ITO
> Attorneys at Law
>
> CHUCK C. CHOI; ALLISON A. ITO
> 700 Bishop Street, Suite 1107
> Honolulu, Hawaii 96813
> Telephone: (808) 533-1877; Facsimile: (808) 566-6900
> E-mail: cchoi@hibklaw.com; aito@hibklaw.com
>
> Attorneys for ICTSI Oregon Inc.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: 1/2/2024   /s/Allison A. Ito
                  for Movant         (Print name also if original signature)